NOT DESIGNATED FOR PUBLICATION

**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT**

**04-0490
consolidated with 04-0491**

**STATE OF LOUISIANA**

**VERSUS**

**TOMMY BORDELON**

\*\*\*\*\*\*\*\*\*\*\*\*

**APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT,
PARISH OF AVOYELLES,
NO. 03-CR-117139A consolidated with NO. 03-CR-118447
HONORABLE MARK A. JEANSONNE, DISTRICT JUDGE**

\*\*\*\*\*\*\*\*\*\*\*\*

**JAMES T. GENOVESE
JUDGE**

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Chief Judge Ulysses Gene Thibodeaux, Billy H. Ezell and James T. Genovese, Judges.

**AFFIRMED.**

**Tommy Bordelon
Gar 3L #5
Louisiana State Penitentiary
Angola, Louisiana 70712
COUNSEL FOR DEFENDANT/APPELLANT:**
    **Tommy Bordelon**

**Carey J. Ellis III
Louisiana Appellate Project
707 Julia Street
Rayville, Louisiana 71269
COUNSEL FOR DEFENDANT/APPELLANT:**
    **Tommy Bordelon**

**Michael Francis Kelly**
**Assistant District Attorney**
**Post Office Box  528**
**Marksville, Louisiana 71351**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
     **State of Louisiana**


**Honorable Charles A. Riddle  III**
**District Attorney, 12th Judicial District Court**
**Post Office Box 1200**
**Marksville, Louisiana  71351**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
     **State of Louisiana**